

**IT IS ORDERED as set forth below:**

**Date: February 22, 2019**

_____
**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

```
              UNITED STATES BANKRUPTCY COURT
               NORTHERN DISTRICT OF GEORGIA
                       ROME DIVISION


IN RE: TIMOTHY A. SHAW AND          { CHAPTER 13
       ANGELA L SHAW,               {
       DEBTORS                      { CASE NO.: R17-43044-BEM
                                    {
                                    { JUDGE ELLIS-MONRO
```

### ORDER DENYING MOTION TO DISMISS HELD JANUARY 30, 2019

The above-styled matter came before the Court, and it appearing to the Court, that an agreement was made at the call of the Court's calendar, to a payment arrangement on a strict compliance basis.  It is

HEREBY ORDERED, that the regular Chapter 13 Plan payments shall be remitted to the Chapter 13 plan, commencing with the next plan payment following the entry date of this Order and continuing for twelve (12) months following entry of this Order on a strict compliance basis. It is

FURTHER ORDERED, that should a default occur with any of the above-stated terms the Trustee may submit a Supplemental Report recommending dismissal, and on receipt of such report, the Clerk of Court is hereby authorized and directed to enter an Order of Dismissal without additional notice or hearing.

The Clerk of Court is directed to serve a copy of this Order on Debtors, the Debtors' Attorney, and the Chapter 13 Trustee.

End of Document

Presented by:

_____/s_____
Sonya Buckley Gordon, Esq.
for Chapter 13 Trustee
GA Bar No. 140987
191 Peachtree Street, N.E. Suite 2200
Atlanta, Georgia  30303-1740
(404) 525-1110
sonyab@atlch13tt.com