```
                    UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF GEORGIA
                            ROME DIVISION




                    TRUSTEE'S SUPPLEMENTAL REPORT

       FOLLOWING ORDER ENTERED ON DOCKET ON FEBRUARY 22, 2019


     CASE NO:  R17-43044-BEM      JUDGE ELLIS-MONRO

     DEBTOR(S): TIMOTHY A. SHAW AND ANGELA L. SHAW

     TRUSTEE TO REPORT BACK

          WHETHER DEBTOR(S) PAYMENTS CURRENT


     THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND


          RECOMMENDS DISMISSAL OF CASE BECAUSE DEBTOR(S) HAS/HAVE
     DEFAULTED UNDER THE TERMS OF THE ORDER OF FEBRUARY 22, 2019
     REQUIRING REGULAR AND TIMELY PLAN PAYMENTS.


          PLEASE ENTER ORDER OF DISMISSAL.

     DATED: October 11, 2019


                                     _____/s_____
                                     Sonya B. Gordon, Esq.
                                     for Chapter 13 Trustee
                                     GA. Bar No. 140987
```

Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, Georgia 30303
404-525-1110

R17-43044-BEM

**CERTIFICATE OF SERVICE**

    This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

DEBTOR(S):

TIMOTHY A. SHAW
159 STENDAL DR, SE
CALHOUN, GA 30701-4516

ANGELA L. SHAW
159 STENDAL DR, SE
CALHOUN, GA 30701-4516


I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

RICKMAN & BLEVINS, PC


This 11th day of October, 2019


    /s/
Sonya B. Gordon, Esq.
Standing Chapter 13 Trustee
GA Bar No. 140987




Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, Georgia 30303
404-525-1110